JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Aldo Ivan Tino,<br>Defendant. | Case No. 5:26-cv-03834-KK-SPx<br>Judgment |

Based on the parties' Stipulation for Entry of Judgment, and for good cause appearing:

1. The Court **APPROVES** the Stipulation.
2. Each party shall bear its own attorney's fees and costs.
3. **JUDGMENT** is hereby **ENTERED** in favor of the United States of America and **AGAINST** Defendant Aldo Ivan Tino for federal income taxes for tax years 2013, 2014, 2018, 2019, and 2020 in the amount of $272,709.72 as of July 10, 2026, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, 6622 and 28 U.S.C. § 1961(c) and other statutory additions until paid in full.

**IT IS SO ORDERED. (JS-6)**

DATED: August 4, 2026

Hon. Kenly Kiya Kato
United States District Judge